## Commonwealth, Appellant, v. Pittsburg & Western Railway.

*Taxation—Corporations—Valuation of capital stock—Act of June 8, 1891.*

Under the act of June 8, 1891, P. L. 229, the amount and rate per cent of dividends made by a corporation during the tax year do not furnish an absolute indication or measure of the actual value in cash of the capital stock of a corporation, but are to be considered, with all other relevant facts, in determining what is its actual value in cash: Com. v. Edgerton Coal Co., 164 Pa. 284, followed.

Argued May 30, 1894. Appeal, No. 31, May T., 1894, by plaintiff, from judgment of C. P. Dauphin Co., June T., 1893, No. 735, on case tried by the court without a jury. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Appeal from tax settlement. For statement of facts see Com. v. Edgerton Coal Co., 164 Pa. 284.

The case was tried by SIMONTON, P. J., without a jury.

*Error assigned* was in not directing judgment to be entered in favor of the commonwealth for the full amount of its claim.

*W. U. Hensel,* attorney general, *James A. Stranahan,* deputy attorney general, with him, for appellant, cited: Act of June 8, 1891, sec. 4, P. L. 236 ; Com. v. Ocean Oil Co., 59 Pa. 62 ; Com. v. Penna. Gas Coal Co., 62 Pa. 241 ; Hamilton Steeled Wheel Co. v. Com., 12 W. N. C. 328 ; Com. v. West. Land & Imp. Co., 156 Pa. 455 ; Com. v. Penna. Ins. Co., 13 Pa. 165 ; A. & O. Telegraph Co. v. Com., 66 Pa. 57 ; Com. v. Hamilton Mfg. Co., 12 Allen, 298.

*Lyman D. Gilbert, John H. Weiss* and *John McCleaves* with him, for appellee, cited: St. John v. Erie Ry., 22 Wall. 148 ;

Union Pacific R. R. v. 99 U. S. 420 ; Evans v. Waln, 74 Pa. 69 ; J. & N. Manf. Co. v. Com., 69 Pa. 137 ; Com. v. Penn Gas Coal Co., 62 Pa. 241 ; Eyster v. Centennial Board of Finance, 94 U. S. 503.

PER CURIAM, March 4, 1895 :

This case presents about the same facts as were found in Commonwealth v. Edgerton Coal Company, No. 21 of June Term, 1893, of same court. See 164 Pa. 284.

The capital stock of the company was $12,000,000 ; its net earnings for the year 1892 were $308,960.12. No dividend was declared for the year, nor were any additions made to sinking or surplus fund. The average price at which the stock had sold during the year was $11.50 per share. The president and treasurer of the company under oath appraised the entire value of the stock at $2,660,000. The auditor general and state treasurer not being satisfied with this, re-appraised it for taxation at $5,149,335.33. The only basis for thus raising the value was that 6 per cent on this sum would produce the net earnings. The learned court below, as in Commonwealth v. Edgerton Coal Company, supra, held this to be error, and adopted, as the value for taxation, the appraised value returned by the officers.

We affirmed the judgment in the case mentioned, and see no reason, in affirming this judgment, to add anything to the reasons therein given.

The judgment is affirmed, and the appeal is dismissed at costs of appellant.